**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                              CASE NO. 07-10168-GVL1
                                                    CHAPTER 13
CARLTON SYLVESTER LATSKO


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 385140 in the amount of 30.35 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the

foregoing has been furnished by electronic filing or first

| CARLTON SYLVESTER LATSKO | CHEVRON CREDIT BANK, N.A |
|---|---|
| 3825 SW 6TH PLACE | 2001 DIAMOND BLVD. |
| GAINESVILLE, FL 32607 | P.O. BOX 5010, SECT. 230 |
| | CONCORD, CA 94524-0010 |
| AND | |

ERIC STEVEN RUFF, ESQ.
4010 NEWBERRY RD., STE. G
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the

electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
1/29/2010 11:38 am / CR_213          OFFICE OF CHAPTER 13 TRUSTEE