```
          UNITED STATES BANKRUPTCY COURT
           NORTHERN DISTRICT OF FLORIDA
               GAINESVILLE DIVISION
```

IN RE:                                  CASE NO. 07-10168-GVL1
                                        CHAPTER 13
CARLTON SYLVESTER LATSKO

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

   2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 396121 in the amount of 30.36 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
          OFFICE OF THE CHAPTER 13 TRUSTEE
          POST OFFICE BOX 646
          TALLAHASSEE, FL 32302
          ldhecf@earthlink.net
          (850) 681-2734 "Telephone"
          (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| CARLTON SYLVESTER LATSKO<br>3825 SW 6TH PLACE<br>GAINESVILLE, FL 32607 | CHEVRON CREDIT BANK, N.A<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 |

AND

ERIC STEVEN RUFF, ESQ.
4010 NEWBERRY RD., STE. G
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
7/30/2010  1:29 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE