UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                    CASE NO. 07-10168-GVL1
                                               CHAPTER 13
CARLTON SYLVESTER LATSKO

           Debtor(s)          /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 401530 in the amount of 60.71 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                                    /s/Leigh D. Hart or
                                    /s/William J. Miller, Jr.
                                        OFFICE OF THE CHAPTER 13 TRUSTEE
                                        POST OFFICE BOX 646
                                        TALLAHASSEE, FL 32302
                                        ldhecf@earthlink.net
                                        (850) 681-2734 "Telephone"
                                        (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| CARLTON SYLVESTER LATSKO<br>3825 SW 6TH PLACE<br>GAINESVILLE, FL 32607 | CHEVRON CREDIT BANK, N.A<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 |

AND

ERIC STEVEN RUFF, ESQ.
4010 NEWBERRY RD., STE. G
GAINESVILLE, FL 32607

on the same date as reflected on the Court's docket as the electronic filing date for this document.

                                    /s/Leigh D. Hart or
                                    /s/William J. Miller, Jr.
10/28/2010  2:48 pm / CR_213           OFFICE OF CHAPTER 13 TRUSTEE